MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 916-0506
Facsimile: (702) 916-1776
Pocci@LitchfieldCavo.com
*Attorneys for Defendant/Cross-claimant LTF Club Operations Company, Inc. dba Life Time Athletic*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PIERRE AARON HUDSON, individually,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LTF CLUB OPERATIONS COMPANY INC. d/b/a LIFE TIME ATHLETIC, a foreign corporation, LIFE FITNESS, LLC., a foreign limited-liability company; ROE GYM EQUIPMENT MAINTENANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS III through X, inclusive,<br><br>　　　　　　　Defendants.<br><br>LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME ATHLETIC,<br><br>　　　　　　　Cross-claimant<br><br>vs.<br><br>LIFE FITNESS, LLC,<br><br>　　　　　　　Cross-defendant. | Case No: 2:24-cv-00983-RFB-MDC<br><br>**<u>MOTION FOR REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST</u>** |

　　　Defendant/Cross-Claimant LTF CLUB OPERATIONS COMPANY, INC. d/b/a LIFE TIME ATHLETIC ("Defendant"), by and through its attorneys of record, the law firm of Litchfield Cavo LLP,

1

hereby submits this motion for an Order granting the Request for Removal of Taylor Rivich, Esq. from the service list.

Mr. Rivich is no longer associated with Litchfield Cavo LLP and therefore Defendant respectfully requests this Motion be granted with an Order directing the Clerk of the Court to remove Taylor Rivich, Esq. from the CM/ECF Service List.

DATED:  August 29, 2024                     **LITCHFIELD CAVO LLP**

By: /s/ Marisa A. Pocci
MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone:  (702) 949-3100
Facsimile:  (702) 916-1776
Pocci@LitchfieldCavo.com
*Attorneys for Defendant/Cross-Claimant LTF Club Operations Company, Inc dba Life Time Athletic.*

## ORDER

**IT IS ORDERED** that the Clerk of the Court shall remove Taylor M. L. Rivich, Esq. from the CM/ECF Service List.

Dated: 09-16-24

_____
UNITED STATES MAGISTRATE JUDGE

2

# CERTIFICATE OF SERVICE

I, Hilary Rainey, certify that I am an employee of the law offices of Litchfield Cavo LLP and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I also further certify that the service of the **MOTION FOR REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST** was made on the 29th day of August, 2024, on all parties in this action, by causing a true copy thereof to be distributed via the CM/ECF system to the following parties:

| Counsel of Record | Phone/Fax/Email | Party |
|---|---|---|
| Michael C. Kane, Esq.<br>Bradley J. Myers, Esq.<br>Brett J. Schwartz, Esq.<br>The702Firm Injury Attorneys<br>8335 W. Flamingo Rd.<br>Las Vegas, NV 89147<br><br>and<br><br>Adam S. Kutner, Esq.<br>Adam S. Kutner, P.C.<br>1137 South Rancho Drive<br>Suite 150-A<br>Las Vegas, NV 89102 | T: 702-776-3333<br>F: 702-505-9787<br>E: service@the702firm.com<br><br><br><br>T: 702-382-0000 | Plaintiff, Pierre Aaron Hudson |
| Nikki L. Baker, Esq.<br>Peterson Baker, PLLC<br>701 S. 7th Street<br>Las Vegas, NV 89101 | T: 702-786-1001<br>F: 702-786-1002<br>nbaker@petersonbaker.com | Defendant, Life Fitness, LLC |

*/s/ Hilary Rainey*
Hilary Rainey

3