MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
THANE A. WILLIAMS, ESQ.
Nevada Bar No. 15991
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Suite 100
Las Vegas, Nevada 89169
Telephone: (702) 949-3100
Facsimile: (702) 916-1776
pocci@litchfieldcavo.com
williamst@litchfieldcavo.com
*Attorneys for Defendant/Cross-Claimant/Cross-Defendant,*
*LTF Club Operations Company, Inc. dba Life Time*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PIERRE AARON HUDSON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>LTF CLUB OPERATIONS COMPANY INC. dba LIFE TIME ATHLETIC, a foreign corporation, LIFE FITNESS, LLC, a foreign limited-liability company; ROE GYM EQUIPMENT MAINTENANCE COMPANY; DOES I through X, inclusive; and ROE CORPORATIONS III through X, inclusive,<br><br>Defendants.<br><hr>LTF CLUB OPERATIONS COMPANY INC., dba LIFE TIME ATHLETIC,<br><br>Cross-claimant<br><br>vs.<br><br>LIFE FITNESS, LLC,<br><br>Cross-defendant. | Case No.: 2:24-cv-00983-RFB-MDC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Plaintiff, PIERRE AARON HUDSON, by and through his counsel of record, The702Firm, Defendant/Cross-Claimant/Cross-Defendant LTF CLUB OPERATIONS COMPANY INC. dba LIFE TIME ATHLETIC, by and through its counsel of record, Litchfield Cavo LLP, and Defendant/Cross-Defendant/Cross-Claimant LIFE

1

FITNESS, LLC, by and through its counsel of record, Peterson Baker, PLLC, pursuant to the agreement between the parties, that any and all Complaints filed by Plaintiff in this case, and each and every cause of action therein, and all Cross-claims between Defendants, and each and every cause of action therein, shall be dismissed with prejudice, with each party to bear its own attorney's fees and costs.

**IT IS FURTHER STIPULATED** that no judgment will be entered in the instant matter.

**IT IS SO STIPULATED** this 11th day of December 2025, by:

DATED this 11 December 2025.

/s/ Thane A. Williams
MARISA A. POCCI, ESQ.
Nevada Bar No. 10720
THANE A. WILLIAMS, ESQ.
Nevada Bar No. 15991
**LITCHFIELD CAVO LLP**
3993 Howard Hughes Parkway, Ste. 100
Las Vegas, Nevada 89169
*Attorneys for Defendant/Cross-Claimant/Cross-Defendant LTF Club Operations Company, Inc. dba Life Time*

DATED this 11 December 2025.

/s/ Nikki L. Baker
NIKKI L. BAKER, ESQ.
Nevada Bar No. 6562
**PETERSON BAKER, PLLC**
701 S. 7th St.
Las Vegas, NV 89101

MICHAEL D. SHORT, ESQ. (*pro hac vice*)
Illinois Bar No. 6230267
GABRIELLE B. ILARIA, ESQ. (*pro hac vice*)
Illinois Bar No. 6322600
**QUARLES & BRADY LLP**
155 N. Wacker Dr., Ste. 3200
Chicago, Illinois 60606
*Attorneys for Life Fitness, LLC*

DATED this 11 December 2025.

/s/ Brett J. Schwartz
MICHAEL C. KANE, ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
BRETT J. SCHWARTZ, ESQ.
Nevada Bar No.: 13755
**THE702FIRM INJURY ATTORNEYS**
8335 W. Flamingo Rd.
Las Vegas, Nevada 89147

ADAM S. KUTNER, ESQ.
Nevada Bar No. 4310
**ADAM S. KUTNER, P.C.**
1137 S. Rancho Dr., Ste. 150-A
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATE: December 12, 2025.**